ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **TEXTAINER EQUIPMENT MANAGEMENT (U.S.) LIMITED**<br>**And**<br>**CAI INTERNATIONAL, INC.**<br>**And**<br>**CRONOS CONTAINERS LIMITED**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant.** | **Civil Action No.** 08-610 C |

**RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1(a) Plaintiffs hereby provide the following statement:

(1) Plaintiff, Textainer Equipment Management (U.S.) Limited is 100 % owned by Textainer Equipment Management Limited, a Bermuda corporation, which is in turn 100 % owned by Textainer Group Holdings Limited, a Bermuda corporation. This ultimate parent is listed on the New York Stock Exchange.

(2) Plaintiff, CAI International Inc., has no corporate parent and no publicly traded corporation owns 10% or more of the stock of CAI International Inc.

(3) Plaintiff, Cronos Containers Ltd is 100% owned by Cronos Ltd., a Bermudian registered holding company.

Dated: September 2, 2008.

Respectfully submitted,

Lars H. Liebeler

THALER LIEBELER, LLP
1825 Eye Street, N.W.
Suite 400
Washington, D.C. 20006
Direct Telephone: (202) 587-4747
Main Telephone: (202) 466-4110
Fax: (202) 466-2693